1  ALAN ADELMAN, ESQ.  BAR NO:  170860
   LAW OFFICES OF ALAN ADELMAN
2  240 Stockton Street, 9th Floor
   Union Square
3  San Francisco, California  94108
   Telephone:  (415) 956-1360
4  Facsimile:  (415) 625-1339

5  ELIZABETH S. MANCL, ESQ.  BAR NO: 191844
   Attorney at Law
6  508 Forbes Avenue, 2nd Floor South
   Yuba City, California 95991
7  Telephone: (530) 751-1695
   Facsimile:  (530) 751-2384

8
   Attorneys for Plaintiff
9  LYDIA ALCUDIA

10 DAVID M. DANIELS, ESQ. SB#170315
   ELLEN ARABIAN-LEE, ESQ. SB#151615
11 GURNEE & DANIELS LLP
   2240 Douglas Boulevard, Suite 150
12 Roseville, California  95661-3805
   Telephone   (916) 797-3100
13 Facsimile    (916) 797-3131

14 Attorneys for Defendant, CALIFORNIA RURAL INDIAN HEALTH BOARD, INC.

15                    UNITED STATES DISTRICT COURT

16                   EASTERN DISTRICT OF CALIFORNIA

17

18 LYDIA ALCUDIA,                    )    CASE NO.: 2:10-CV-00302-WBS-EFB
                                     )
19          Plaintiff,               )
                                     )    STIPULATION FOR DISMISSAL WITH
20 vs.                               )    PREJUDICE
                                     )
21 CALIFORNIA RURAL INDIAN HEALTH BOARD, )  [F.R.C.P. 41(a)(1)(ii)]
   INC.,                             )
22                                   )
            Defendant.               )
23 _____ )

24

25         The parties hereto, by their undersigned counsel, hereby stipulate pursuant to Rule 41(a)(1)(ii)of

26 the Federal Rules of Civil Procedure that this matter shall be and hereby is dismissed with prejudice, each

1   party to bear its own attorney's fees and costs.

2

3   DATED: March 24, 2011          LAW OFFICE OF ELIZABETH S. MANCL

4

5                                  By:   /s/ Elizabeth S. Mancl
                                       Elizabeth S. Mancl
6                                      Attorneys for Plaintiff, LYDIA ALCUDIA

7

8
    DATED: March 24, 2011          GURNEE & DANIELS LLP
9

10
                                   By:   /s/ Ellen Arabian-Lee
11                                     Ellen Arabian-Lee
                                       Attorneys for Defendant, CALIFORNIA RURAL INDIAN
12                                        HEALTH BOARD, INC

13

14
            **IT IS SO ORDERED.**
15

16

17
    Dated:  March 25, 2011
18

19                                 WILLIAM B. SHUBB
                                   UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26